# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Wichita Falls _____ **Division**

**United States of America,**
*Plaintiff,*

FPC Pekin, IL _____
Place of Confinement

v.

39199-177 _____
Prisoner ID Number

Jason Toliver Jones _____,
*Defendant.*

7:09-CR-012-O(01) _____
Criminal Case Number

## Defendant's Motion and Questionnaire for Reduction of Sentence
## Pursuant to 18 U.S.C. § 3582(c)

### Instructions - Read Carefully

1. This form motion should only be used when requesting that your sentence be reduced based upon Amendment 782 to USSG § 1B1.10 which is effective November 1, 2014. The Amendment reduces the base offense level in the drug quantity tables at USSG §§ 2D1.1 and 2D1.11 and retroactively applies to cases sentenced prior to November 1, 2014.

2. This motion must be legibly handwritten or typewritten. All questions must be briefly answered in the proper space on the form.

3. When the motion is fully completed, the original and two copies must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office, whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. 5th
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 14A20
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street
Fort Worth, TX 76102

Lubbock Division
1205 Texas Ave., #C209
Lubbock, TX 79401

San Angelo Division
33 East Twohig
San Angelo, TX 76903

Wichita Falls Division
P.O. Box 1234
Wichita Falls, TX 76307

4.      Questionnaires that do not follow these instructions will be returned, and the mistake will
        be identified.

## Questionnaire

1.      Name and location of court that entered the sentence that you are asking to reduce:

   Northern District of Texas Wichita Falls Division

2.      Date(s) of sentence and judgment of conviction:

   9-15-2009    Plea of guilty and adjudged guilty to two counts

3.      Are you currently in prison for this sentence?

   XX      Yes  _____ No

4.      If so, when is your projected date of release?

        January 30, 2017

5.      Some programs offered by the Bureau of Prisons (BOP), can reduce the length of time
        you would spend in custody.  An example of one of these programs is completion of the
        Residential Drug Abuse Program. Are you participating in one of these programs and,
        if so, when will you complete the program?

   May 8, 2015.  I am not eligible for any time off for the RDAP

6.      Are you currently on supervised release?        _____ Yes     XX    No

7.      Are you currently in prison because you violated your supervised release ?

        _____ Yes     XX   No

8.      Is your case currently on appeal? _____ Yes     XX   No

9.      Offense(s) for which you were convicted (all counts):

   21:841(A)91)&(B)(1)(B) PWITD A CONTROLLED SUBSTANCE

   18:924(C) POSSESSION OF A FIREARM IN FURTHERANCE

10. Did your offense of conviction involve manufacture, distribution, dispensing, or possession with intent to manufacture, distribute, or dispense, a controlled substance?

   __XX__Yes    _____No    _____Don't know

11. In calculating the applicable sentencing guideline range, did the Court refer to the offense levels for controlled substances found in the drug quantity table of section 2D1.1(c) of the United States Sentencing Guidelines?

   _____Yes    _____No    __XX__Don't know

12. Was your sentence based on an agreement with the Government for a specific sentence?

   _____Yes    __xx__No    _____Don't know

13. List any good conduct that occurred after your original sentencing hearing that you would like the Court to know in deciding whether you should receive a sentence reduction (for example, participating in a drug treatment program, or completing your GED or another degree).

I have included my progress report with my transcripts of the courses that I have taken while I have been in prison. I would like the court to know that since my incarceration I have tried

hard to be a model inmate and be productive. I started my sentence at a medium security prison in Victorville Med. 2 and through good behavior and program participation I was able to transition from a medium, then to a low, and now I am at a minimum security

camp with community custody. I have been on a furlough transfer from Elkton, OH. I have been on community work details for the

USDA at Ft. Reno in El Reno, OK. I am also participating in the RDAP program here in Pekin as a way to put my best foot forward for when I finish my sentence. I am doing so without the incentive of getting up to one year off because I am not eligible due to my

924(C) firearms conviction. I will be completing that program on May 8, 2015. In short I would like the court to know that I have

prepared for my release since the day I came to prison. I did get an incident report when I had a mattress that had been altered to hold more foam than the original. I was sanctioned with a loss of my email for 30 days. That was my first and only time in any sort

trouble in over five and a half years since I came to prison. I am committed being a better man then when I came to prison and putting this behind me and moving forward with my life and never letting anything like this experience happen again. Now that I have learned so much from the RDAP program it is easy for me to see the errors of my old criminal thinking. I am learning new tools everyday that will help me going forward. I thank God that my journey is nearing the end and I pray and humbly ask for this reduction in my sentence so I can get back to my family.

I pray that the Court grant me relief to which I may be entitled in this proceeding.

Respectfully submitted this _12th day of November_____, 201_14_.

_Jason Toliver Jones_____
Signature of Defendant

_Jason Toliver Jones_____
Printed Name

_39199-177_____
BOP No.

_FPC Pekin, IL_____
Federal Correctional Institution (if applicable)

_PO BOX 5000_____
Address

_Pekin, Illinois  61555____
City, State & Zip Code

# United States District Court

## NORTHERN DISTRICT OF TEXAS
### Wichita Falls Division

UNITED STATES OF AMERICA

v.

JASON JONES

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:09-CR-012-O (01)
U.S. Marshal's No.: 39199-177
Taly Haffar, AUSA
Jeffrey C. Grass, Attorney for the Defendant

On May 28, 2009, the defendant, JASON JONES, entered a plea of guilty to Counts One and Two of the Two Count Indictment filed on April 7, 2009. Accordingly, the defendant is adjudged guilty of such Counts, which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 USC § 841(a)(1) and (b)(1)(B) | Possession with Intent to Distribute a Controlled Substance | December 4, 2008 | One |
| 18 U.S.C. §§ 922(c)(1)(A) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime | December 4, 2008 | Two |

The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to Title 18, United States Code § 3553(a), taking the guidelines issued by the United States Sentencing Commission pursuant to Title 28, United States Code § 994(a)(1), as advisory only.

The defendant shall pay immediately a special assessment of $200 as to Counts One and Two of the Two Count Indictment filed on April 7, 2009.

The defendant shall notify the United States Attorney for this district within thirty days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Sentence imposed September 15, 2009.

REED O'CONNOR
U.S. DISTRICT JUDGE

Signed September 28, 2009.

Judgment in a Criminal Case
Defendant:  JASON JONES
Case Number:  7:09-CR-012-O (01)

Judgment -- Page 2  of  3

## IMPRISONMENT

The defendant, JASON JONES, is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for FORTY-EIGHT (48) months as to Count One and SIXTY (60) months as to Count Two to run consecutively for a total term of ONE HUNDRED EIGHT (108) months.

Furthermore, the Court would recommend to the Bureau of Prisons that the defendant be allowed to participate in the Institution Residential Drug Abuse Treatment Program, if eligible.

The defendant is remanded to the custody of the United States Marshal.

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for FOUR (4) years as to Count One and THREE (3) years as to Count Two to run concurrently for a total term of FOUR (4) years.

While on supervised release, in compliance with the standard conditions of supervision adopted by the United States Sentencing Commission, the defendant shall:

( 1)   not leave the judicial district without the permission of the Court or probation officer;

( 2)   report to the probation officer as directed by the Court or probation officer and submit a truthful and complete written report within the first five (5) days of each month;

( 3)   answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

( 4)   support the defendant's dependents and meet other family responsibilities;

( 5)   work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

( 6)   notify the probation officer within seventy-two (72) hours of any change in residence or employment;

( 7)   refrain from excessive use of alcohol and not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;

( 8)   not frequent places where controlled substances are illegally sold, used, distributed, or administered;

( 9)   not associate with any persons engaged in criminal activity and  not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

(10)   permit a probation  officer to visit the defendant at any time at home or elsewhere and  permit confiscation of any contraband observed in plain view by the probation officer;

(11)   notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;

(12)   not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and

(13)   notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement, as directed by the probation officer.

In addition the defendant shall:

not commit another federal, state, or local crime,

not possess illegal controlled substances;

not possess a firearm, destructive device, or other dangerous weapon;

cooperate in the collection of DNA as directed by the U.S. probation officer;

Judgment in a Criminal Case Case 7:09-cr-00012-O-KA   Document 25   Filed 09/28/2009   Page 3 of 3

Defendant:  JASON JONES                                                                      Judgment -- Page 3  of  3
Case Number:  7:09-CR-012-O (01)

report in person to the probation office in the district to which the defendant is released within seventy-
two (72) hours of release from the custody of the Bureau of Prisons;

refrain from any unlawful use of a controlled substance, submitting to one drug test within 15 days of release from
imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer,

participate in a program (inpatient and/or outpatient) approved by the U.S. Probation Office for treatment of
narcotic, drug, or alcohol dependency, which will include testing for the detection of substance use or abuse.  The
defendant shall abstain from the use of alcohol and/or all other intoxicants during and after completion of treatment.
The defendant shall contribute to the costs of services rendered (copayment) at a rate of at least $5 per month; and,

cooperate with the IRS, file all outstanding tax returns, and comply with any IRS requirements to pay delinquent
taxes, penalties, and interest according to the schedule of payments that the IRS imposes.

## FINE/RESTITUTION

The Court does not order a fine or costs of incarceration because the defendant does not have the financial resources or
future earning capacity to pay a fine or costs of incarceration.

Restitution is not ordered because there is no victim other than society at large.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to_____

at_____, with a certified copy of this judgment.

_____
United States Marshal

BY_____
Deputy Marshal

Department of Justice                                                    Federal Bureau of Prisons
# INMATE SKILLS DEVELOPMENT PLAN     Current Progress Report: 10-12-2014



| | | | |
|---|---|---|---|
| **Name:** | JONES, JASON | **Institution:** | PEKIN FCI |
| **Register Number:** | 39199-177 | | P.O. BOX 7000 |
| **Security/Custody:** | MINIMUM/COM | | PEKIN, IL 61555 |
| **Projected Release:** | 01-30-2017 / GCT REL | **Telephone:** | (309) 346-8588 |

| | | | |
|---|---|---|---|
| **Next Review Date:** | 01-31-2015 | **Driver's License/State:** | / |
| **Next Custody Review Date:** | 08-05-2015 | **FBI Number:** | 527121WA5 |
| **Age/DOB/Sex:** | 36 / 12-28-1977 / M | **SSN:** | 547550228 |
| **CIM Status:** | Y | **DCDC Number:** | |
| | If yes, reconciled: Y | **INS Number:** | |
| | | **PDID Number:** | |
| | | **Other IDs:** | |

| | | | |
|---|---|---|---|
| **Release Residence:** | Jan McNeely, Mother | **Release Employer:** | [Name] |
| | 4125 AUGUSTA ST., APT. 112 | | [Address] |
| | VERNON, TX 76384 | **Contact** | [POC] |
| **Telephone:** | (940) 257-3823 | **Telephone:** | |

| | | | |
|---|---|---|---|
| **Primary Emergency Contact:** | Joshua Jones, Brother | **Secondary Emergency** | [POC] |
| | 4125 Augusta St., Apt. 109 | **Contact:** | [Address] |
| | Vernon, TX 76384 | **Telephone:** | |
| **Telephone:** | (940) 257-3823 | | |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| 21:841(A)91)&(B)(1)(B) PWITD A CONTROLLED SUBSTANCE | 108 MONTHS | AGGREGATE GROUP 800 PLRA | 4 YEARS |
| 18:922(C) POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME | | | |

**Other Current Offenses:**

NONE

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 09-15-2009 | 5 YEARS 6 MONTHS 16 DAYS / 169 / 0 | 423 / 0 / 0 | 0 / 0 / 0 | **Hearing Date:** **Hearing Type:** **Last USPC Action:** | NOT ENTERED |

**Detainers:**          N

**Special Parole Term:** NOT APPLICABLE
**Pending Charges:** None known
**Cim Status:**     Y                              **Cim Reconciled:**    Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| ASSESSMENT USDC | $200.00 | $0.00 | 7:09-CR-012-0(01)/Northern District of Texas | FINANC RESP-COMPLETED |

| | | | |
|---|---|---|---|
| **Financial Plan** | | **Comm Dep-6 mos:** | $791.27 |
| **Active:** | N | **Commissary** | |
| **Financial Plan Date:** | 04-05-2010 | **Balance:** | $4.88 |

Department of Justice
# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 10-12-2014

**Payments**

| | |
|---|---|
| Commensurate: | Y |
| Missed: | N |

| | |
|---|---|
| **Judicial Recommendations:** | None / RDAP / POP MNGMNT |

| | |
|---|---|
| **Special Conditions of Supervision:** | Defendant shall not commit another crime, possess illegal controlled substances, possess a firearm, destructive device, or dangerous weapon and cooperate in the collection of DNA. |

| **USPO Sentencing:** | Mitsi Westendorff, Chief<br>Texas Northern Probation Office<br>Earle Cabell Federal Building and United States Courthouse<br>1100 Commerce Street Room 1329<br>Dallas, TX 75242 | **USPO Relocation:**<br><br>**Phone/Fax:** | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip]<br>[Phone] / [Fax] |
|---|---|---|---|
| **Phone/Fax:** | 214-753-2500 / 214-753-2570 | | |

| **Subject to 18 U.S.C. 4042(B) Notification:** Y<br>• Past conviction for a crime of violence (state and federal)<br>• Conviction for a drug trafficking crime (federal) | **DNA Required:** Y - 10-29-2010<br>**Subject to Sex Offender Notifications:** N<br>**Treaty Transfer Case:** N |
|---|---|

**Profile Comments:**

## EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| PEK | ESL HAS | ENGLISH PROFICIENT | 11-15-2009 | CURRENT |
| PEK | GED HAS | COMPLETED GED OR HS DIPLOMA | 11-15-2009 | CURRENT |
| PEK | ACCOUNTING | ACCOUNTING ACE CLASS | 09-18-2014 | CURRENT |
| PEK | RDAP AM | RDAP GROUP 7:35-11:00 A.M. | 07-18-2014 | CURRENT |

## COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| WELLNESS:CARDIO AND MORE -CAMP | 05-30-2014 | 3 |
| R6:TECHNOLOGY 101 FOR EXOFFEND | 03-15-2013 | 10 |
| ACE:FIRE BRIGADE TRAINING | 02-15-2013 | 30 |
| ACE: FIRE SAFETY | 01-11-2013 | 9 |
| ACE:OSHA 10 HOUR COURSE/CAMP | 12-21-2012 | 10 |
| WELLNESS:CARDIO AND MORE 2-CMP | 10-25-2012 | 2 |
| LEISURE:BASIC BILLIARDS - CAMP | 10-10-2012 | 2 |
| ADVANCED YOGA CLASS (FCI) | 06-08-2012 | 2 |
| A&O FAMILIARIZATION - CAMP | 07-17-2012 | 7 |
| SOFTBALL SKILLS, FCI | 08-09-2011 | 4 |
| CALLIGRAPHY | 05-07-2011 | 8 |
| CRAFT STICK CLASS | 05-07-2011 | 8 |
| DRUM | 02-13-2011 | 8 |

Name: **JONES, JASON**                                                    RegNo: **39199-177**

| | | |
|---|---|---|
| LEATHER CRAFT | 03-05-2011 | 8 |
| TEXT EDITING<EM> | 12-28-2010 | 160 |
| DIVERSITY AWARENESS-RPP<PG> | 10-08-2010 | 1 |
| AIDS AWARENESS-RPP<HN> | 10-08-2010 | 1 |
| RPP PSYCH DRUG EDUCATION COURS | 08-10-2010 | 15 |
| BUSINESS MATH | 06-10-2010 | 10 |
| CREDIT MATTERS ACE COURSE | 06-09-2010 | 10 |
| MARINE BIOLOGY SCIENCE | 06-10-2010 | 10 |
| DOMESTIC VIOLENCE AWARENESS | 06-12-2010 | 10 |
| BEG LEATHER CLASS | 06-02-2010 | 12 |
| STRATEGIES TO MAINTAIN NON VLT | 05-03-2010 | 10 |
| DRUG FREE, LIVE FREE ACE CLASS | 05-03-2010 | 10 |
| ANGER MANAGEMENT ACE CLASS | 05-04-2010 | 10 |
| WELLNESS & HEALTH CLASS | 02-17-2010 | 9 |
| BEG LEATHER CLASS | 01-19-2010 | 6 |

| HIGH TEST SCORES | | | | | | |
|---|---|---|---|---|---|---|
| Test | Subtest | Score | Test Date | Test Facl | Form | State |
| Inmate has no score history items in this area | | | | | | |

| WORK DATA | | | | | |
|---|---|---|---|---|---|
| Facility | Assignment | Description | | Start Date | Stop Date |
| PEK | FPC KS OR | FPC KANSAS UNIT ORDERLY | | 07-28-2014 | CURRENT |

| WORK HISTORY | | | | |
|---|---|---|---|---|
| Facility | Assignment | Work Assignment Description | Start Date | Stop Date |
| ERE | TRANS | TRANS | 06-05-2014 | 06-30-2014 |
| ERE | DAIRY | DAIRY X286 | 06-05-2014 | 06-05-2014 |
| ERE | USDA | CAMP PUBL WORK PROJ FOR USDA | 07-18-2013 | 06-05-2014 |
| ERE | FARM 1 | FARM 1 X287 | 07-18-2012 | 07-18-2013 |
| ERE | PSYCH REV | SEG PSYCHIATRIC REVIEW | 07-12-2012 | 07-13-2012 |
| ELK | ADP 1 | UNICOR ADP 1 | 01-06-2012 | 07-11-2012 |
| ELK | ADP 2 | UNICOR ADP 2 | 08-31-2011 | 01-06-2012 |
| ELK | ADP 4 | UNICOR ADP 4 | 01-04-2011 | 08-31-2011 |
| ELK | ADP PREIND | ADP PRE-IND TRAINING CLASS | 11-29-2010 | 01-04-2011 |
| ELK | HVAC PM | HEAT/VENT/AC 12:40PM - 3:30 PM | 10-19-2010 | 11-29-2010 |
| ELK | TMP UNT | NEEDS MEDICAL CLEARANCE | 10-11-2010 | 10-19-2010 |

| | | | | |
|---|---|---|---|---|
| | | Gap(s) in employment between assignments: 32 days | | |
| VVM | GEN MAIN 3 | GENERAL MAINTENANCE 3 | 02-22-2010 | 09-09-2010 |
| VVM | GEN MAIN 2 | GENERAL MAINTENANCE 2 | 01-20-2010 | 02-22-2010 |
| VVM | PLUMBING 1 | PLUMBING SHOP 1 | 12-08-2009 | 01-20-2010 |
| VVM | FACILITIES | FACILITIES | 12-07-2009 | 12-08-2009 |
| | | Gap(s) in employment between assignments: 61 days | | |
| FTW | JA UNASSG | JAIL UNIT INMATES (UNASSIGNED) | 09-15-2009 | 10-07-2009 |

## DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|
| UDC | 02-11-2013 | 2406863 | 307 - REFUSING TO OBEY AN ORDER | LP EMAIL / 30 DAYS / CC<br>COMP:    LAW: LOSS OF EMAIL FROM 2-11-2013 THRU 3-13-2013 |
| UDC | 02-11-2013 | 2406863 | 305 - POSSESSING UNAUTHORIZED ITEM | LP EMAIL / 30 DAYS / CC<br>COMP:    LAW: LOSS OF EMAIL FROM 2-11-2013 THRU 3-13-2013 |

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| PEK | A-DES | DESIGNATED, AT ASSIGNED FACIL | 07-07-2014 | CURRENT |

## MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| ERE | DESIGNATED, AT ASSIGNED FACIL | 07-12-2012 | 06-30-2014 |
| ELK | DESIGNATED, AT ASSIGNED FACIL | 09-22-2010 | 07-11-2012 |
| VVM | DESIGNATED, AT ASSIGNED FACIL | 11-12-2009 | 09-16-2010 |

## CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| PEK | RPP UNT C | RELEASE PREP UNIT PGM COMPLETE | 11-21-2013 | CURRENT |
| PEK | RPP PART | RELEASE PREP PGM PARTICIPATES | 07-13-2012 | CURRENT |
| PEK | V94 PV | V94 PAST VIOLENCE | 12-10-2009 | CURRENT |
| PEK | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 12-10-2009 | CURRENT |

## MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| PEK | YES F/S | CLEARED FOR FOOD SERVICE | 09-30-2010 | CURRENT |
| PEK | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-30-2010 | CURRENT |
| PEK | NO PAPER | NO PAPER MEDICAL RECORD | 08-24-2009 | CURRENT |

## ACADEMIC        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|--------|------------------|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>ⓘ has NOT attended special education classes |
| ✓ | **LITERACY**<br>⊕ some college, with GED<br>ⓘ not obtained through BOP |
| ✓ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ❗ | **COMPUTER SKILLS**<br>⊕ possesses keyboarding skills<br>⊖ lacks word processing skills<br>⊕ possesses internet navigation skills |
| | **Progress and Goals** |
| | Mr. Jones currently participates in ACE Accounting class.  He also participates in the Residential Drug Abuse Program (RDAP).  He has completed numerous classes at prior institutions. |

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|--------|------------------|
| ❗ | **EMPLOYMENT HISTORY**<br>ⓘ unemployed at time of arrest<br>⊖ no consistent history of employment 5 years prior to incarceration<br>ⓘ sporadic history of employment (frequent, non-promotional job changes) |
| ✓ | **CAREER DEVELOPMENT**<br>⊕ possesses significant expertise in field<br>ⓘ Other, specify.... Motorcycle repair<br><br>ⓘ realistic career/job goals upon release<br>ⓘ seeking position: Motorcycle Technician Truck Driver<br>⊕ has more than two years work experience in this field<br>⊕ has an education degree related to this field |
| ✓ | **INSTITUTION WORK HISTORY**<br>⊕ has a consistent institution work history<br>    Eval: 05-28-2014 Good<br>    Eval: 04-07-2014 Good<br>    Eval: 03-04-2014 Good<br>    Eval: 02-03-2014 Good<br>    Eval: 12-23-2013 Good<br>    Eval: 11-29-2013 Good |
| ❗ | **POST INCARCERATION EMPLOYMENT**<br>⊖ post-incarceration employment not secured<br>ⓘ other: sentence length. |

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 10-12-2014**

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| |
|---|
| ⊖ no release documents obtained to date |
| **Progress and Goals** |
| Mr. Jones has completed numerous classes to aid himself in acquiring and maintaining employment in order to become self-sufficient and fulfill financial obligations.  He also engages in purposeful activities and has developed abilities useful in the acquisition and maintenance of post release employment and pursuit of career goals. |

## INTERPERSONAL      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⓘ | **RELATIONSHIPS**<br>⊖ immediate family member engaged in substance abuse<br>⊖ death in immediate family during childhood<br><br>⊕ no negative peer influences prior to incarceration |
| ⓘ | **FAMILY TIES/SUPPORT SYSTEM**<br>⊖ insufficient expected support to warrant positive Family Ties and Support System<br>   Companion: Emotional<br>   Companion: General<br>   Immediate Family: Emotional<br>   Immediate Family: General |
| ⊘ | **PARENTAL RESPONSIBILITY**<br>ⓘ no children under the age of 21<br><br>ⓘ no children under the age of 21 financially responsible for<br><br>ⓘ RRC (MINT) Placement is not applicable |
| ✓ | **COMMUNICATION**<br>⊕ displays good communication skills |
| | **Progress and Goals** |
| | Mr. Jones relates appropriately and effectively with staff, peers, visitors, family, co-workers and members of the community by observing basic social conventions and rules.  He displays the ability to develop and maintain healthy relationships to include the avoidance of co-dependency.  He has also demonstrated the ability to avoid negative interpersonal influences. |

Name: **JONES, JASON**                                                                RegNo: **39199-177**

## WELLNESS          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|--------|------------------|
| ⓘ | **HEALTH PROMO/DISEASE PREVENT** |
| | ⊖ overweight |
| | ⓘ height 5 ft. 5 in. |
| | ⓘ weight (lbs) 185 |
| | ⓘ BMI Score 30.8 |
| | ⓘ date calculated 02-22-2012 |
| | ⊕ maintains physical fitness thru regular exercise; |
| | ⓘ aerobic exercise |
| | ⓘ anaerobic or isometric exercise |
| | ⊕ no evidence of behaviors associated with increased risk of infectious disease |
| | ⊕ does not use tobacco (cigarettes, cigars, and/or smokeless tobacco) |
| | ⊖ did not have a primary care provider or clinic (prior to incarceration) |
| | ⊖ does not have health insurance coverage upon release |
| ⓘ | **DISEASE/ILLNESS MANAGEMENT** |
| | ⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required |
| | ⊖ simple chronic care - easily managed medical or mental health conditions - See Exit Summary |
| | ⊕ no dental problems |
| | ⊕ no non-routine services/assistance devices needed |
| ⓘ | **TRANSITIONAL PLAN** |
| | ⊖ requires medication upon release from custody - See Exit Summary |
| | ⊖ requires on-going treatment or follow-up after release from custody - See Exit Summary |
| | ⓘ TB Clearance Complete - See Exit Summary |
| | ⊕ health Services recommends for RRC placement |
| ⓘ | **GOVERNMENT ASSISTANCE** |
| | ⓘ has not previously received Social Security assistance |
| | ⓘ inmate indicates he/she may not be eligible for Social Security assistance after release |
| | ⓘ has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |
| | ⓘ spouse or a parent has served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |
| | ⊖ application not submitted to VA |
| | ⓘ has not previously received veterans benefits |
| | **Progress and Goals** |
| | Mr. Jones has maintained physical well-being through health promotion and disease prevention strategies such as a healthy lifestyle and habits, routine medical care, regular exercise, and appropriate diet.  Participates in appropriate medication and treatment regime as necessary to address acute or chronic medical conditions. |

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN        PROGRESS REPORT: 10-12-2014

## MENTAL HEALTH        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⓘ | **SUBSTANCE ABUSE MANAGEMENT**<br><br>⊖ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest<br> amphetamines/speed: Daily<br><br>⊖ no history of substance abuse treatment<br>⊖ currently participating in substance abuse treatment:<br> correctional facility-based inpatient/residential substance abuse treatment |
| ⓘ | **MENTAL ILLNESS MANAGEMENT**<br>⊖ history of mental health diagnosis prior to incarceration<br>ⓘ prior outpatient treatment for mental disorder<br>ⓘ prior psychotropic treatment for mental disorder<br>ⓘ details: Reports prior treatment for anxiety and depression with Trazadone and Prozac in FWT<br><br>⊕ no mental health diagnosis during incarceration<br><br>⊕ no history of serious suicidal ideation or attempts |
| ✓ | **TRANSITIONAL PLAN**<br>⊕ no medication required upon release from custody<br>⊕ does not require on-going treatment after release from custody<br>⊕ psychology services recommends RRC placement |
| ✓ | **APPROPRIATE SEXUAL BEHAVIOR**<br>⊕ no evidence of sexually inappropriate behavior |
| | **Progress and Goals** |
| | Mr. Jones denies any history of mental or emotional problems, as an adult, to include psychiatric care.  There is no documented evidence to suggest otherwise.  He has displayed appropriate behavior during the course of his incarceration. He's participating in the Residential Drug Abuse Program and is scheduled to complete the program on May 8, 2015. |

## COGNITIVE        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⓘ | **GENERAL BEHAVIOR**<br>⊖ evidence of behavioral problems as a juvenile<br>ⓘ arrest record as a juvenile<br><br>⊖ evidence of behavioral problems as an adult<br>ⓘ 300 series incident reports |
| ⓘ | **CRIMINAL HISTORY**<br>⊖ two or more convictions<br> thefts: Multiple occurrence(s)<br> drug offenses: Multiple occurrence(s)<br> assaults: Multiple occurrence(s)<br> escape: Single occurrence(s) |

Name: **JONES, JASON**

## COGNITIVE                    *** Disregard Response Summary and utilize only the Progress & Goals section ***



**DOMESTIC VIOLENCE/ABUSE**
⊕ no history of domestic violence or abuse



**CRIMINAL BEHAVIOR**
⊖ onset of criminal behavior before the age of 14
⊖ criminal versatility: convictions in 3 or more categories
⊕ no significant history of violence: Less than 2 violent convictions

### Progress and Goals

Mr. Jones does not have any cognitive deficits. He engages in accurate self-appraisal by acknowledging and correcting irrational thinking patterns. He is cognizant of the importance of goal setting. Solves problems effectively, maintains self-control and displays pro-social values. He also acknowledges and appropriately corrects criminal thinking patterns and behaviors.

## CHARACTER                    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ❗ | **PERSONAL CHARACTER**<br>⊖ insufficient variety of behaviors to warrant overall positive personal character<br>⊕ care of a sick/disabled relative<br>⊕ assistance to strangers without expectation of reward<br>⊕ fulfills financial obligations<br>⊕ empathic toward victims of crime/participates in Victim Impact Program panel<br>ⓘ religious assignment: NO PREFER<br><br>⊕ no evidence easily influenced by other |
| ✓ | **PERSONAL RESPONSIBILITY**<br>ⓘ reports responsibility for current incarceration as:<br>⊕ self (sole responsibility)<br><br>⊕ made efforts to make amends for their crime(s)<br>⊕ advocates to deter future crimes related to their crime(s) |

### Progress and Goals

Mr. Jones maintains a sense of accountability to self and others through attention to the potential impact (short and long term) of his actions. Seeks to engage in behaviors which reflect pro-social values thus creating a positive impact in his life and the lives of others. He displays a healthy tolerance for delayed gratification and he displays the capacity for self-reflection and consideration of meaning in life in relation to his faith or personal philosophy.

## LEISURE                    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **USE OF LEISURE TIME**<br>⊕ activities indicative of positive use of leisure time;<br>⊕ sports/exercise<br>⊕ movies/television/music<br>⊕ reading<br>⊕ cultural events/concerts/theater<br>⊕ park/recreation facilities |

Department of Justice
## INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons
## PROGRESS REPORT: 10-12-2014

## LEISURE
*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| Mr. Jones engages in meaningful recreational activities and hobbies making positive and effective use of free time and facilitating stress management and favorable peer affiliations. |

## DAILY LIVING
*** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
| ✓ | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| ✓ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>ⓘ quarters assignment: HOUSE A/RANGE 03/BED 307U |
| ! | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
| ✓ | **IDENTIFICATION**<br>⊕ has photo identification<br>⊕ has birth certification<br>⊕ has social security card |
| ✓ | **HOUSING**<br>⊕ established housing year prior to incarceration<br>⊕ established housing: owned or mortgage<br>ⓘ established housing: lived alone<br>⊕ established housing: non-publicly assisted<br>⊕ established housing not in a high crime neighborhood<br><br>⊕ housing upon release<br>ⓘ supervision district is not a relocation<br>ⓘ not applicable - anticipated housing plan approved by USPO(s)<br>ⓘ no concerns with anticipated housing plan |

Name: **JONES, JASON**                                                  RegNo: **39199-177**

## DAILY LIVING          *** Disregard Response Summary and utilize only the Progress & Goals section ***



**RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**
- ① recommended or ordered for RRC placement
- ① recommended range: 151-180 days



**FAMILY CARE**
- ⊕ not responsible for obtaining child care for any dependent children upon release
- ⊕ not responsible for obtaining elder care for any dependent(s) upon release
- ⊕ not responsible for obtaining any other special services for dependents upon release

| Progress and Goals |
|---|

Mr. Jones has been encouraged to obey institution rules and regulations in order to maintain clear conduct. He displays independent living skills commensurate with institution or community opportunities to include maintenance of a clean residence, a responsible budget, meal preparation, appropriate personal hygiene and appearance and proper etiquette. Throughout his incarceration, he has been encouraged to save funds for release purposes.

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN

## PROGRESS REPORT: 10-12-2014

### INMATE SKILLS STATUS

| Status | Initial Assessment 12-10-2009 | Previous Assessment 08-14-2014 | Current Assessment 10-12-2014 |
|---|---|---|---|
| Attention Required | 44.4% | 34.4% | 34.4% |
| Mitigating Issues | 0% | 0% | 0% |
| Unanswered | 25% | 1.1% | 1.1% |
| Satisfactory | 25.6% | 62.2% | 62.2% |
| Not Applicable | 5% | 2.2% | 2.2% |

| Skill Area | Attention Required | Mitigating Issues | Unanswered | Satisfactory | Not Applicable |
|---|---|---|---|---|---|
| Academic | 5% | 0% | 0% | 95% | 0% |
| Vocational/Career | 40% | 0% | 0% | 60% | 0% |
| Interpersonal | 50% | 0% | 0% | 40% | 10% |
| Wellness | 65% | 0% | 0% | 25% | 10% |
| Mental Health | 30% | 0% | 0% | 70% | 0% |
| Cognitive | 80% | 0% | 0% | 20% | 0% |
| Character | 20% | 0% | 0% | 80% | 0% |
| Leisure | 0% | 0% | 0% | 100% | 0% |
| Daily Living | 20% | 0% | 10% | 70% | 0% |

Name: **JONES, JASON**                                          RegNo: **39199-177**

## SIGNATURES

| Individual | Signature | Date |
|---|---|---|
| Case Manager:<br>**CSW MARCIA MIBBS EXT 4720** | *Marcia Mibbs* | 10-12-14 |
| [ ] Chairperson<br>or<br>[ ] Unit Manager:<br>/EXEC. ASST. M. REHERMAN 4701 | *M. Mibbs, Aum* | 10-12-14 |
| Inmate:<br>JONES, JASON<br>39199-177 | | |





Federal Prison Camp
PO Box 5000
Pekin, IL 61555

Legal Mail

RECEIVED
NOV 17 2014
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

RECEIVED
NOV 12 2014
FCI PEKIN
MAIL ROOM

≪39199-177≫
Clerk Of N District Of Texas
Wichita Falls Division
PO BOX 1234
Wichita Falls, TX 76307
United States